JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| KRISTAN DELATORI, fka KRISTAN ZOLOKAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No.: 2 19-cv-03468-AB-SS<br><br>Complaint Filed: April 19, 2019<br>FAC Filed: June 24, 2019<br><br>**ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |

The Court has carefully reviewed the Joint Stipulation of the Parties, the Settlement Agreement attached as Exhibit A to the Declaration of Danny Y. Yoo, and this Proposed Order. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement is approved as fair, reasonable and just in all respects as to the Plaintiff;

2. The Court has made no findings or determination regarding the law, and this Stipulation and Order, the Settlement Agreement, and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law.

1

3. The above captioned Action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 31, 2020

_____
André Birotte Jr.
United States District Court Judge

9189647.3 LO160-084